# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-MJ-00340-VCF |
| vs. | **ORDER** |
| JASON ANTHONY LIEBOLD, | |
| Defendant. | |

The court has reviewed the Motion to Continue Preliminary Hearing and to Continue Ex Parte Motion Hearing (#22) and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Continue Preliminary Hearing and to Continue Ex Parte Motion Hearing (#22) is GRANTED.

IT IS FURTHER ORDERED that the hearing on the ex-parte motion to withdraw as counsel for Defendant scheduled for November 5, 2015 at 10:00 a.m. is VACATED and rescheduled to 2:00 p.m., November 13, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that the preliminary hearing scheduled for November 5, 2015 at 4:00 p.m., is vacated and continued to 4:00 p.m., November 30, 2015, in courtroom TBA.

The U.S. Marshal is directed to transport defendant to and from the hearings.

DATED this 29th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE