# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JASON ANTHONY LIEBOLD, )<br>)<br>Defendant. )<br>) | 2:15-mj-00340-VCF<br><br><br><br><br><br>**ORDER** |

On November 13, 2015, this Court granted the defendant's request that new counsel be appointed, as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Jonathan Powell, is APPOINTED as counsel for Jason Anthony Liebold in place of The Federal Public Defender for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Powell forthwith.

DATED this 16th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE