

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
        Plaintiff,  )   2:15-cr-354-GMN-PAL
        v.  )
JASON ANTHONY LIEBOLD,  )
        Defendant.  )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant JASON ANTHONY LIEBOLD pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Counts One and Two with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Information, ECF No. 31; Change of Plea, ECF No. 35; Plea Agreement, ECF No. 33.

This Court finds defendant JASON ANTHONY LIEBOLD agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 31; Change of Plea, ECF No. 35; Plea Agreement, ECF No. 33.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offenses to which defendant JASON ANTHONY LIEBOLD pled guilty.

///


The following is any property, real or personal, which constitute or is derived from proceeds traceable to violations of Title 18, United States Code, Section 2113(a), a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c): $5,700 in United States Currency (property)

and an in personam criminal forfeiture money judgment of $8,040 in United States Currency and that the property will be applied toward the payment of the money judgment.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover from JASON ANTHONY LIEBOLD a criminal forfeiture money judgment in the amount of $8,040 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JASON ANTHONY LIEBOLD in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate

the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>	Michael A. Humphreys
>	Assistant United States Attorney
>	Daniel D. Hollingsworth
>	Assistant United States Attorney
>	Lloyd D. George United States Courthouse
>	333 Las Vegas Boulevard South, Suite 5000
>	Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

///
///
///
///
///

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of
2  this Order to all counsel of record and three certified copies to the United States Attorney's Office,
3  Attention Michael A. Humphreys/ Daniel D. Hollingsworth, Asset Forfeiture Unit.
4  DATED this 6 day of Jany , 2015.

_____
UNITED STATES DISTRICT JUDGE