FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-354-GMN-(PAL) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| JASON ANTHONY LIEBOLD, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant JASON ANTHONY LIEBOLD to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant JASON ANTHONY LIEBOLD pled guilty. Criminal Information, ECF No. 31; Plea Agreement, ECF No. 33; Change of Plea, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 36.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 14, 2016, through February 12, 2016, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail

///

return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 38.

On January 22, 2016, the United States Attorney's Office served Barbara J. Desoer, CEO, Citibank Global Headquarters, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 39.

On January 22, 2016, the United States Attorney's Office served CT Corporation System, Registered Agent for Citibank, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 39.

On January 22, 2016, the United States Attorney's Office served Jamie Dimon, President and CEO, JP Morgan Chase Bank, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 39.

On January 22, 2016, the United States Attorney's Office served Corporation Trust Center, Registered Agent for JP Morgan Chase Bank, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 39.

On January 22, 2016, the United States Attorney's Office served Richard K. Davis, CEO, Office of the Corporate Secretary, U.S. Bancorp, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 39.

On March 1, 2016, the United States Attorney's Office served The Corporation Trust Company of Nevada, Registered Agent for U.S. Bancorp, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 39.

1     This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

    This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

    $5,700 in United States Currency (property); and

    that the United States recover from JASON ANTHONY LIEBOLD the in personam criminal forfeiture money judgment of $8,040, and that the property will be applied toward the payment of the money judgment; and

    the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///
///
///
///
///

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 of this Order to all counsel of record and three certified copies to the United States Attorney's
3 Office, Attention Asset Forfeiture Unit.

4       DATED this 17 day of May, 2016.

                                                                     UNITED STATES DISTRICT JUDGE