JONATHAN POWELL, ESQ.
Nevada State Bar No. 009153
2030 East Flamingo #115
Las Vegas, Nevada 89119
*Telephone No.: (702) 413-7100*
*Facsimile No.: (702) 382-2720*

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASON LEIBOLD,<br>　　　　　Defendant. | CASE NO.:   2:15-cr-00354-GMN-PAL<br><br>**MOTION FOR MODIFICATION OF JUDGMENT OF CONVICTION** |

COMES NOW Defendant JASON LEIBOLD, by and through his attorney of record, Jonathan Powell, Esq., and hereby prays that this Honorable Court modify the Judgment of Conviction (JoC) in the instant case. At the time of sentencing, Defendant had been removed from the Court and was therefore unable to request specific recommendations of this Honorable Court to include on the JoC. At the time, it was recommended that Defendant be: 1) housed in a facility to treat his mental health issues and 2) be located as close to home as possible.

*///*

*///*

*///*

*///*

*///*

However, because all facilities have mental health treatment options, Defendant respectfully prays that this Honorable Court modify the recommendation on the JoC to reflect a recommendation to Phoenix, Arizona as the only recommendation other than a recommendation for the RDAP program. This would allow him to receive mental health treatment, but also remain close to his fiancée and his family.

DATED this 1st day of June, 2016.

      /s/ Jonathan Powell
JONATHAN POWELL, ESQ.
Counsel for Defendant LEIBOLD

**IT IS SO ORDERED.**
**DATED** this __2__ day of June, 2016.

_____
**Gloria M. Navarro, Chief Judge**
**United States District Court**